UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAY 6 2008
May 6, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| In re:<br><br>SENTINEL MANAGEMENT GROUP, INC.,<br><br>Debtor.<br><br>FREDERICK J. GREDE, as Chapter 11 Trustee for Sentinel Management Group, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>THE BANK OF NEW YORK and THE BANK OF NEW YORK MELLON CORP.,<br><br>Defendants. | Chapter 11<br><br>Case No. 07 B 14987<br><br>Hon. John H. Squires<br><br>Adv. Proc. No. 08-127<br><br>**08CV2582**<br>**JUDGE ZAGEL**<br>**MAG. JUDGE SCHENKIER** |

### DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE

Defendants The Bank of New York and The Bank of New York Mellon Corp. (together, "BNY") hereby move the District Court for the Northern District of Illinois (the "District Court") for entry of an order withdrawing the reference to the Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") of the above-captioned adversary proceeding, and, in support thereof, respectfully state as follows:

1. Withdrawal of the reference to the Bankruptcy Court is mandatory under 28 U.S.C. § 157(d) because this action will require consideration of significant open and unresolved issues regarding the proper interpretation of non-bankruptcy federal law. Specifically, the Complaint raises three distinct open issues regarding the scope and enforcement of both the Commodity Exchange Act, 7 U.S.C. ch. 1, and the Investment Advisers Act of 1940, 15 U.S.C. § 80b-6(4).

2.      Alternatively, the District Court should exercise its discretion to withdraw the reference for cause because two of the Trustee's eight claims are non-core, those that are core will require consideration of complex non-bankruptcy issues of federal law, and considerations of judicial economy on the whole favor permissive withdrawal.

3.      In further support of this Motion, BNY has filed a Memorandum in Support of Defendants' Motion to Withdraw the Reference contemporaneously herewith.

WHEREFORE, BNY respectfully requests that the District Court enter an Order withdrawing the reference of this action to the Bankruptcy Court and granting such other or further relief as the Court deems just or appropriate.

Dated: May 2, 2008

Respectfully submitted,

**THE BANK OF NEW YORK and**
**THE BANK OF NEW YORK MELLON CORP.**

By: /s/ Sean T. Scott
Sean T. Scott (ARDC #6273516)
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, Illinois 60606
(312) 782-0600

- and -

Brian Trust (admitted *pro hac vice*)
Hector Gonzalez (admitted *pro hac vice*)
Matthew D. Ingber (admitted *pro hac vice*)
MAYER BROWN LLP
1675 Broadway
New York, New York 10019
(212) 506-2500