**U S Bankruptcy Court - Northern District of Illinois**

219 S Dearborn Street

Chicago, IL 60604

KENNETH S. GARDNER, CLERK

Date    **May 06, 2008**

08CV2582
JUDGE ZAGEL
MAG. JUDGE SCHENKIER

United States District Court
Northern District of Illinois
Chicago, IL 60604

Re:    Case Number    **08 A 127**

     Case Name    **Frederick J Grede vs The Bank of NY/Bank of NY Mellon Corp**

     Bankruptcy Judge    **Squires**

To Whom It May Concern:

Pursuant to Rule 5011 of the Federal Rules of Bankruptcy Procedure, transmitted herewith is the Motion for Withdrawal of Reference.

Filed By:    **Bank of New York &  Bank of New York Mellon Corp**

Previous District Court Judge (when applicable):    **Judge J Zagel**

Previous Civil Case Number (when applicable):    **08 CV 2205**

**FILED**

KENNETH S. GARDNER, CLERK

MAY -6 2008
NOV 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

By:    Deputy Clerk  -     Wanda L Epps

cc:    Bankruptcy Judge & Party Who Filed Motion for Withdrawal of Reference

# U.S. Bankruptcy Court
## Northern District of Illinois (Chicago)
## Adversary Proceeding #: 08-00127
### Internal Use Only

*Assigned to:* Honorable Judge John H. Squires

*Related BK Case:* 07-14987

*Related BK Title:* Sentinel Management Group, Inc.

*Related BK Chapter:* 11

*Demand:* $550000

*Nature[s] of Suit:*   14 Recovery of money/property - other

*Date Filed:* 03/03/08



## Plaintiff
-----------------------

**Frederick J. Grede,** *as Chapter 11 Trustee for Sentinel Management Group, Inc.,*

08CV2582
JUDGE ZAGEL
MAG. JUDGE SCHENKIER

represented by **Catherine L Steege, ESQ**
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
312 222-9350
Fax : 312 527-0484
Email: csteege@jenner.com

**Chris C. Gair**
Jenner & Block LLP
330 N. Wabash Avenue
Chicago, IL 60611
312-222-9350
Fax : 312-527-0484
Email: cgair@jenner.com
*LEAD ATTORNEY*

**Daniel R Murray**
Jenner & Block
330 N Wabash Ave Suite 3800
Chicago, IL 60611
312 923-2953
Fax : 312 840-7353
Email: dmurray@jenner.com

**J. Kevin McCall**
Jenner & Block
330 N. Wabash Avenue

Chicago, IL 60611
(312) 222-9350
Fax : (312) 547-0484
Email: jmccall@jenner.com

**John F. McKinney,** `
Jenner & Block LLP
330 N. Wabash Ave.
Chicago, IL 60611
312-222-9350
Fax : 312-527-0484
Email: jmckinney@jenner.com

**Vincent E. Lazar**
Jenner & Block LLP
330 North Wabash Avenue
Chicago, IL 60611
312 923-2989
Fax : 312 840-7389
Email: vlazar@jenner.com

V.

**Defendant**
----------------------

**The Bank of New York**            represented by **Sean T Scott**
Mayer, Brown LLP
71 South Wacker Drive
Chicago, IL 60606
312 701-8310
Fax : 312 701-7711
Email: stscott@mayerbrown.com

**The Bank of New York Mellon**     represented by **Sean T Scott**
**Corp.**                           (See above for address)

| Filing Date | # | Docket Text |
|---|---|---|
| 03/03/2008 | ●1 | Adversary case 08-00127. (14 (Recovery of money/property - other)): Complaint by Frederick J. Grede against The Bank of New York, The Bank of New York Mellon Corp.. Fee Amount $250. Status hearing to be held on 4/8/2008 at 10:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 |

|  |  |  |
|---|---|---|
|  |  | Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I) (Lazar, Vincent) (Entered: 03/03/2008) |
| 03/03/2008 | ❷2 | Summons Link Summons Issued on The Bank of New York Answer Due 04/2/2008; The Bank of New York Mellon Corp. Answer Due 04/2/2008 (Lazar, Vincent) (Entered: 03/03/2008) |
| 03/03/2008 | 3 | Receipt of Complaint(08-00127) [cmp,cmp] ( 250.00) Filing Fee. Receipt number 8411442. Fee Amount $ 250.00 (U.S. Treasury) (Entered: 03/03/2008) |
| 03/05/2008 | ❷4 | Summons Service Executed on The Bank of New York 3/4/2008 (RE: [2] Summons Issued). (Lazar, Vincent) (Entered: 03/05/2008) |
| 03/05/2008 | ❷5 | Summons Service Executed on The Bank of New York Mellon Corp. 3/4/2008 (RE: [2] Summons Issued). (Lazar, Vincent) (Entered: 03/05/2008) |
| 03/14/2008 | ❷6 | Notice of Motion and Motion to Extend Time to Answer or Otherwise Respond to Complaint Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp.. Hearing scheduled for 3/19/2008 at 09:30 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Scott, Sean) (Entered: 03/14/2008) |
| 03/14/2008 | ❷7 | Appearance Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp.. (Scott, Sean) (Entered: 03/14/2008) |
| 03/14/2008 | ❷8 | Amended Notice of Motion Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp. (RE: 6 Motion to Extend Time, ). Hearing scheduled for 3/20/2008 at 09:30 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Scott, Sean) (Entered: 03/14/2008) |
| 03/14/2008 | ❷9 | Corporate Disclosure Statement Filed by Sean T Scott on behalf of The Bank of New York Mellon Corp.. (Scott, |

| | | |
|---|---|---|
| | | Sean) (Entered: 03/14/2008) |
| 03/14/2008 | ●10 | Notice and Certificate of Service Filed by Sean T Scott on behalf of The Bank of New York Mellon Corp. (RE: 9 Corporate Disclosure Statement). (Scott, Sean) (Entered: 03/14/2008) |
| 03/17/2008 | ●11 | Response to (related document(s): 6 Motion to Extend Time, ) Filed by Vincent E. Lazar on behalf of Frederick J. Grede (Lazar, Vincent) (Entered: 03/17/2008) |
| 03/18/2008 | ●12 | Proof of Service By Fax Filed by Vincent E. Lazar on behalf of Frederick J. Grede (RE: 11 Response). (Lazar, Vincent) (Entered: 03/18/2008) |
| 03/18/2008 | ●13 | Proof of Service by Fax Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp. (RE: 6 Motion to Extend Time,, 8 Notice of Motion, ). (Scott, Sean) (Entered: 03/18/2008) |
| 03/18/2008 | ●14 | Reply to (related document(s): 11 Response) Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp. (Scott, Sean) (Entered: 03/18/2008) |
| 03/18/2008 | ●15 | Notice and Certificate of Service Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp. (RE: 14 Reply). (Scott, Sean) (Entered: 03/18/2008) |
| 03/18/2008 | ●16 | Proof of Service via Facsimile Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp. (RE: 14 Reply, 15 Notice and Certificate of Service). (Scott, Sean) (Entered: 03/18/2008) |
| 03/20/2008 | ●17 | Order Scheduling (RE: 1 Complaint, ). Answer due by: 5/2/2008.Hearing scheduled for 6/10/2008 at 10:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604.Reply due by: 6/6/2008 Responses due by 5/23/2008. Signed on 3/20/2008 (Cabrales, Claudia) (Entered: 03/21/2008) |
| | | |

| | | |
|---|---|---|
| 04/04/2008 | ●18 | Joint Report Report of Planning Meeting Pursuant to Fed.R.Civ.P. 26(f) Filed by Sean T Scott on behalf of The Bank of New York. (Scott, Sean) (Entered: 04/04/2008) |
| 04/08/2008 | ●19 | Hearing Continued (RE: 1 Complaint, ). Status hearing to be held on 6/10/2008 at 10:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Askew, Althea) (Entered: 04/08/2008) |
| 04/18/2008 | ●20 | Notice of Motion and Motion for Leave to File a Brief in Excess of 15 Pages Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp.. Hearing scheduled for 4/22/2008 at 10:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Scott, Sean) (Entered: 04/18/2008) |
| 04/18/2008 | ●21 | Certificate of Service Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp. (RE: 20 Motion for Leave, ). (Scott, Sean) (Entered: 04/18/2008) |
| 04/22/2008 | ●22 | Proof of Service via Facsimile Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp. (RE: 20 Motion for Leave, ). (Scott, Sean) (Entered: 04/22/2008) |
| 04/22/2008 | ●23 | Order Granting Motion for Leave (Related Doc # 20). Signed on 4/22/2008. (Hamilton, Annette) (Entered: 04/23/2008) |
| 05/02/2008 | ●24 | Motion for Withdrawal of Reference. Fee Amount $150 Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp.. (Attachments: # 1 Civil Coversheet) (Scott, Sean) (Entered: 05/02/2008) |
| 05/02/2008 | 25 | Receipt of Motion for Withdrawal of Reference(08-00127) [motion,mwdref] ( 150.00) Filing Fee. Receipt number 8755086. Fee Amount $ 150.00 (U.S. Treasury) (Entered: 05/02/2008) |
| 05/02/2008 | ●26 | Memorandum in Support of Defendants' Motion to |

| | | |
|---|---|---|
| | | Withdraw the Reference Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp. (RE: 24 Motion for Withdrawal of Reference). (Attachments: # 1 Exhibit 1 part 1# 2 Exhibit 1 part 2# 3 Exhibit 1 part 3# 4 Exhibit 1 part 4# 5 Exhibit 2# 6 Exhibit 3 part 1# 7 Exhibit 3 part 2# 8 Exhibit 3 part 3# 9 Exhibit 4# 10 Exhibit 5 part 1# 11 Exhibit 5 part 2) (Scott, Sean) (Entered: 05/02/2008) |
| 05/02/2008 | ●27 | Notice and Certificate of Service Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp. (RE: 26 Memorandum,, 24 Motion for Withdrawal of Reference). (Scott, Sean) (Entered: 05/02/2008) |
| 05/02/2008 | ●28 | Notice of Motion and Motion to Dismiss Adversary Proceeding Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp.. Hearing scheduled for 6/10/2008 at 10:00 AM at 219 South Dearborn, Courtroom 680, Chicago, Illinois 60604. (Attachments: # 1 Proposed Order) (Scott, Sean) (Entered: 05/02/2008) |
| 05/02/2008 | ●29 | Memorandum in Support of Defendants' Motion to Dismiss Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp. (RE: 28 Motion to Dismiss Adversary Proceeding, ). (Attachments: # 1 Exhibit A part 1# 2 Exhibit A part 2) (Scott, Sean) (Entered: 05/02/2008) |
| 05/02/2008 | ●30 | Certificate of Service Filed by Sean T Scott on behalf of The Bank of New York, The Bank of New York Mellon Corp. (RE: 28 Motion to Dismiss Adversary Proceeding,, 29 Memorandum, ). (Scott, Sean) (Entered: 05/02/2008) |