**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|   |   |   |
|---|---|---|
| In re: | ) ) ) | |
| SENTINEL MANAGEMENT GROUP, INC., | ) ) | **Case No. 08 CV 2582** |
| Debtor. | ) ) ) | **Honorable James B. Zagel** |
| FREDERICK J. GREDE, as Chapter 11 Trustee for Sentinel Management Group, Inc., | ) ) ) ) | Bankr. Case No. 07 B 14987 |
| Plaintiff, | ) | Adv. No. 08 A 127 |
| vs. | ) ) | Hon. John H. Squires |
| THE BANK OF NEW YORK and THE BANK OF NEW YORK MELLON CORP., | ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on **Tuesday, May 13, 2008** at **10:15 a.m.,** the undersigned shall appear before the Honorable Judge James B. Zagel (or any judge sitting in his stead) of the United States District Court for the Northern District of Illinois (Eastern Division) in Courtroom 2503, United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Defendants' Motion to Withdraw the Reference,** a copy of which was previously served on you, at which time you may appear as you see fit.

Dated: May 8, 2008         **THE BANK OF NEW YORK and
                            THE BANK OF NEW YORK MELLON CORP.**

                            By:   /s/Sean T. Scott
                                  One of their Attorneys

                            Sean T. Scott (ARDC #6273516)
                            MAYER BROWN LLP
                            71 S. Wacker Drive
                            Chicago, IL 60606
                            (312) 782-0600

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 8, 2008, he caused the foregoing **Notice of Motion** (i) to be electronically filed using the CM/ECF system, which will send notification of such filing to all attorneys of record who have registered for e-mail delivery and (ii) to be served upon the persons listed on the attached service list by personal service via messenger. Copies of **Defendants' Motion to Withdraw the Reference** and **Defendants' Memorandum of Law in Support of Their Motion to Withdraw the Reference** were previously served on all attorneys of record by overnight delivery and by e-mail on May 2, 2008.

                         /s/ Sean T. Scott

## SERVICE LIST

Catherine L. Steege, Esq.  
Jenner & Block LLP  
330 N. Wabash Avenue  
Chicago, IL 60611  
FAX: 312/527-0484  
E-Mail:csteege@jenner.com  

Chris C. Gair  
Jenner & Block LLP  
330 N. Wabash Avenue  
Chicago, IL 60611  
FAX: 312/527-0484  
E-Mail: cgair@jenner.com  

J. Kevin McCall  
Jenner & Block LLP  
330 N. Wabash Avenue  
Chicago, IL 60611  
FAX: 312/527-0484  
E-Mail:jmccall@jenner.com  

Daniel Murray  
Jenner & Block LLP  
330 N. Wabash Avenue  
Chicago, IL 60611  
FAX: 312/840-7389  
E-Mail: dmurray@jenner.com  

Office of the U.S. Trustee  
Attn: Roman L. Sukley  
219 South Dearborn Street  
Suite 873  
Chicago, IL 60604