IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FREDERICK J. GREDE**, as Chapter 11 Trustee for Sentinel Management Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> **THE BANK OF NEW YORK** and **THE BANK OF NEW YORK MELLON CORP.**, <br><br> Defendants. | Case No. 08 C 2582 <br><br> Honorable James B. Zagel |

### SUPPLEMENTAL STATUS REPORT

Frederick J. Grede, chapter 11 trustee for Sentinel Management Group., Inc. (the "Trustee"), hereby submits this Supplemental Status Report.

1. On May 13, 2008, counsel for the Trustee and for Defendants appeared before Your Honor on Defendants' Motion to Withdraw the Reference.

2. At the hearing, counsel informed Your Honor about the various Sentinel-related proceedings pending in the Bankruptcy Court and District Court. Those matters include the following:

| Bankruptcy Court | | | |
|---|---|---|---|
| **Parties** | **Case No.** | **Date Filed** | |
| *In re Sentinel Management Group, Inc. ("Sentinel")* | 07 B 14987 | 08/17/07 | |
| *Grede v. Bloom et al.* | 07 A 00981 | 10/11/07 | |
| *Grede v. The Bank of New York ("BONY")* | 08 A 00127 | 03/03/08 | |
| *Grede v. McGladrey & Pullen LLP ("M&P") et al.* | 08 A 00167 | 03/20/08 | |
| *Grede v. Greenberg* | 08 A 00238 | 04/29/08 | |
| **District Court** | | | |
| **Parties** | **Case No.** | **Date Filed** | **Judge** |
| *SEC v. Sentinel* | 07 C 4684 | 08/20/07 | Judge Kocoras |
| *Shatkin v. Bloom et al.* | 07 C 5076 | 09/10/07 | Judge Andersen (The Trustee has filed a motion to |

| | | | |
|---|---|---|---|
| | | | preliminarily enjoin that action from proceeding pursuant to the "limited fund" doctrine) |
| *Grede v. M&P* | 08 C 2205 | 04/16/08 (Motion to withdraw the reference) | Judge Zagel (Motion for reassignment filed 04/24/08) |
| *CFTC v. Sentinel et al.* | 08 C 2410 | 04/28/08 | Judge Shadur (Motion for reassignment filed 05/08/08) |
| *Grede v. BONY* | 08 C 2582 | 05/02/08 (Motion to withdraw the reference) | Judge Zagel (Motion for reassignment anticipated) |

3. Your Honor also asked counsel whether there were any Sentinel-related actions pending elsewhere. Counsel mistakenly informed Your Honor that there were no Sentinel-related actions pending in other districts.

4. However, there is one action styled *Shatkin v. BONY et al.* pending in the Southern District of New York (Case No. 07 C 7928). BONY has moved to dismiss the complaint or, in the alternative, to stay the action to allow the Trustee to elect to bring the claims or recover the assets at issue.

5. The Trustee submits this Supplemental Status Report to correct the record.

Dated: May 14, 2008            Respectfully submitted,

FREDERICK J. GREDE, not individually
but as Chapter 11 Trustee of Sentinel
Management Group, Inc.


By: s/ Chris C. Gair
    One of his attorneys


J. Kevin McCall (ARDC # 3125685)
Chris C. Gair (ARDC # 6190781)
Vincent E. Lazar (ARDC # 6204916)
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL  60611
Phone: (312) 222-9350
Facsimile: (312) 527-0484

**CERTIFICATE OF SERVICE**

    I, Jeffrey S. Eberhard, an attorney, certify that on May 14, 2008, I caused a copy of the foregoing Supplemental Status Report to be served by ECF to:

        Sean T. Scott
        Mayer Brown LLP
        71 S. Wacker Drive
        Chicago, Illinois 60606
        Fax:  312-706-8482

                s/ Jeffrey S. Eberhard