IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FREDERICK J. GREDE**, as Chapter 11 Trustee for Sentinel Management Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> **THE BANK OF NEW YORK** and **THE BANK OF NEW YORK MELLON CORP.**, <br><br> Defendants. | ) <br> ) <br> ) Case No. 08 C 2582 <br> ) <br> ) <br> ) Honorable James B. Zagel <br> ) <br> ) (On withdrawal of reference from the Hon. <br> ) John H. Squires, Bankr. Adv. Pro. No. 08- <br> ) 127) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, July 1, 2008 at 10:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel or any other judge sitting in his stead in Room 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion to Reconsider Withdrawal of Reference in its Entirety, or in the Alternative, to Refer All but the Non-Title 11 Issues to the Bankruptcy Court**, at which time and place you may appear if you see fit.

Dated: June 24, 2008

Respectfully submitted,

FREDERICK J. GREDE, not individually
but as Chapter 11 Trustee of Sentinel
Management Group, Inc.


By:  s/ Chris C. Gair
       One of his attorneys

Chris C. Gair (ARDC # 6190781)
Vincent E. Lazar (ARDC # 6204916)
Jeffrey S. Eberhard (ARDC # 6276471)
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL  60611
Phone: (312) 222-9350
Facsimile: (312) 527-0484

## **CERTIFICATE OF SERVICE**

I, Jeffrey S. Eberhard, an attorney, certify that on June 24, 2008, I caused the foregoing Notice of Motion to be served on the following via ECF.

| | |
|---|---|
| Hector Gonzalez | Sean T. Scott |
| Matthew D. Ingber | 71 S. Wacker Drive |
| 1675 Broadway | Chicago, IL 60606 |
| New York, NY 10019 | (312) 782-0600 |
| (212) 506-2500 | stscott@mayerbrown.com |
| hgonzalez@mayerbrown.com | |
| mingber@mayerbrown.com | |

                                                              s/ Jeffrey S. Eberhard