IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FREDERICK J. GREDE**, as Chapter 11 Trustee for Sentinel Management Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> **THE BANK OF NEW YORK** and **THE BANK OF NEW YORK MELLON CORP.,** <br><br> Defendants. | Case No. 08 C 2582 <br><br> Honorable James B. Zagel <br><br> (On withdrawal of reference from the Hon. John H. Squires, Bankr. Adv. Pro. No. 08-127) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, July 8, 2008 at 10:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel or any other judge sitting in his stead in Room 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Motion to Reassign**, at which time and place you may appear if you see fit.

Dated: July 2, 2008

Respectfully submitted,

FREDERICK J. GREDE, not individually but as Chapter 11 Trustee of Sentinel Management Group, Inc.

By:  s/ Chris C. Gair_____
     One of his attorneys

Chris C. Gair (ARDC # 6190781)
Vincent E. Lazar (ARDC # 6204916)
Jeffrey S. Eberhard (ARDC # 6276471)
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL  60611
Phone: (312) 222-9350
Facsimile: (312) 527-0484

# **CERTIFICATE OF SERVICE**

      I, Jeffrey S. Eberhard, an attorney, certify that on July 2, 2008, I caused the foregoing Notice of Motion and Attached Motion to Reassign to be served via ECF to:

Sean T. Scott
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
stscott@mayerbrown.com

and via electronic mail to:

Hector Gonzalez
Matthew D. Ingber
1675 Broadway
New York, NY 10019
(212) 506-2500
hgonzalez@mayerbrown.com
mingber@mayerbrown.com

                                                            s/ Jeffrey S. Eberhard