UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Sentinel Management Group Inc
                              Plaintiff,

v.                                                  Case No.: 1:08−cv−02582
                                                          Honorable James B. Zagel

The Bank of New York, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 8, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 7/8/2008. MOTION by Trustee Frederick J. Grede to reassign case 08 C 3771 due to relatedness [20] is granted. MOTION by Plaintiff Frederic J. Grede for reconsideration of the withdrawal of reference in its entirety ruling, or in the alternative, to refer all but the non Title 11 issues to the bankruptcy court [12] is denied for the reasons stated in open court. Status hearing (7−23−2008) is reset for 8/5/2008 at 12:00 PM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.