IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **FREDERICK J. GREDE**, as Chapter 11 Trustee for Sentinel Management Group, Inc., <br><br>    Plaintiff, <br><br> v. <br><br>**THE BANK OF NEW YORK** and **THE BANK OF NEW YORK MELLON CORP.**, <br><br>    Defendants. | ) <br> ) <br> )   Case No. 08 C 2582 <br> ) <br> ) <br> )   Honorable James B. Zagel <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF MOTION

  PLEASE TAKE NOTICE that on **Tuesday, July 15, 2008 at 10:15 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Zagel or any other judge sitting in his stead in Room 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Trustee's Motion To Compel Answers To Interrogatories, Or Alternatively, For Leave To Serve Additional Interrogatories**, at which time and place you may appear if you see fit.

Dated: July 10, 2008

                Respectfully submitted,

                FREDERICK J. GREDE, not individually
                but as Chapter 11 Trustee of Sentinel
                Management Group, Inc.


                By:  s/ Chris C. Gair
                    One of his attorneys

Chris C. Gair (ARDC # 6190781)
Vincent E. Lazar (ARDC # 6204916)
Jeffrey S. Eberhard (ARDC # 6276471)
JENNER & BLOCK LLP
330 N. Wabash Ave.
Chicago, IL  60611
Phone: (312) 222-9350
Facsimile: (312) 527-0484

2

**CERTIFICATE OF SERVICE**

      I, John F. Kinney, an attorney, certify that on July 10, 2008, I caused the foregoing Notice of Motion to be served on the following via electronic transmission.

| | |
|---|---|
| Hector Gonzalez | Sean T. Scott |
| Matthew D. Ingber | 71 S. Wacker Drive |
| Paula Garrett Lin | Chicago, IL 60606 |
| 1675 Broadway | (312) 782-0600 |
| New York, NY 10019 | stscott@mayerbrown.com |
| (212) 506-2500 | |
| hgonzalez@mayerbrown.com | |
| mingber@mayerbrown.com | |
| plin@mayerbrown.com | |

                                  s/John F. Kinney