IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FREDERICK J. GREDE, as Chapter 11 Trustee for Sentinel Management Group, Inc., | : : : : | Case No. 08 C 2582 |
| Plaintiff, | : : | Honorable James B. Zagel |
| v. | : : | |
| THE BANK OF NEW YORK and THE BANK OF NEW YORK MELLON CORP., | : : : | |
| Defendants. | : : | |

**NOTICE OF MOTION**

  PLEASE TAKE NOTICE that on Tuesday, August 5, 2008 at 10:15 a.m. or as soon thereafter as counsel may be heard the Commodity Futures Trading Commission shall appear before the Honorable James B. Zagel or any other judge sitting in his stead in Room 2503 of the United States District Court for the Northern District of Illinois, Eastern Division, Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached MOTION OF COMMODITY FUTURES TRADING COMMISSION FOR LEAVE TO FILE *AMICUS CURIAE* MEMORANDUM ON HANDLING OF SENTINEL ACCOUNTS BY BONY, at which time and place you may appear if you see fit.

Date:  August 1, 2008

            Respectfully submitted,

            Terry S. Arbit
             General Counsel
            Bradford M. Berry
             Deputy General Counsel

             s/Martin B. White
            Martin B. White
             Counsel

            Commodity Futures Trading Commission
            Three Lafayette Centre
            1155 21st Street, N.W.

Washington, D.C.  20581
(202) 418-5129 (phone)
(202) 418-5124 (fax)

**CERTIFICATE OF SERVICE**

I, an attorney, certify that on August 1, 2008 I caused the above notice of motion to be served on the following persons by ECF:

Jeffrey S. Eberhard
John F. Kinney
Vincent E. Lazar

Jenner & Block LLC
330 N. Wabash Avenue
Chicago, IL  60611

Sean T. Scott

Mayer Brown LLP
71 S. Wacker Drive
Chicago, IL 60606

 /sMartin B. White
Martin B. White
Counsel

Commodity Futures Trading Commission
Three Lafayette Centre
1155 21st Street, N.W.
Washington, D.C.  20581
(202) 418-5129 (phone)
(202) 418-5124 (fax)